IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DUKHAN IQRAA JIHAD MUMIN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | 8:12CV313 |
| | ) | |
| V. | ) | |
| | ) | |
| **MAYO, Officer, all defendants sued in individual and official capacity, CRONIN, Officer, all defendants sued in individual and official capacity, LANCASTER COUNTY SHERIFF'S OFFICE, all defendants sued in individual and official capacity, LINCOLN POLICE DEPARTMENT, all defendants sued in individual and official capacity, ERIC MILLER, all defendants sued in individual and official capacity, LANCASTER COUNTY ATTORNEY, all defendants sued in individual and official capacity, and COUNTY OF LANCASTER,** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **ORDER** |
| | ) | |
| **Defendants.** | ) | |

Defendants Jason Mayo and the County of Lancaster have moved to withdraw Michael E. Thew as their counsel of record in the above-captioned matter. ([Filing 27](#).) Upon the representation that these Defendants will remain represented in this case, the motion to withdraw will be granted.

Accordingly,

**IT IS ORDERED:**

1. The Motion to Withdraw Counsel ([filing 27](#)) is granted.

2. The Clerk of Court shall terminate the appearance of Michael E. Thew as counsel for Defendants Jason Mayo and the County of Lancaster and shall terminate future notices to Mr. Thew in the matter.

**DATED April 17, 2014.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**