IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DUKHAN IQRAA JIHAD MUMIN,** | ) | CASE NO. 8:12CV313 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER OF RECUSAL REQUEST FOR REASSIGNMENT |
| **MAYO, et al.,** | ) ) | |
| Defendants. | ) | |

This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify [her]self in any proceeding in which [her] impartiality might reasonably be questioned." Upon review of the parties and the record in the above-designated case, the undersigned judge shall recuse herself from the above-designated case pursuant to 28 U.S.C. § 455(a).

IT IS ORDERED:

1. The undersigned recuses herself from this matter; and

2. The Plaintiff's Motion to Recuse (Filing No. 37) is denied as moot.

DATED this 29th day of October, 2014.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge